SEPTEMBER 3, 1985

No. A-181.   DARDEN *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Application for stay of execution of sentence of death scheduled for Wednesday, September 4, 1985, presented to JUSTICE POWELL, and by him referred to the Court, denied.

CHIEF JUSTICE BURGER, concurring.

Because this Court has had three prior opportunities to review the issues raised in this application and two opportunities to review applicant's petition for a federal writ of habeas corpus, see *Darden* v. *Florida,* 430 U. S. 704 (1977) (dismissing certiorari as improvidently granted); *Darden* v. *Wainwright,* 467 U. S. 1230 (1984) (denying certiorari); *Wainwright* v. *Darden,* 469 U. S. 1202 (1985) (vacating and remanding 725 F. 2d 1526 (CA11 1984)), and because the issues raised in this application have been thoroughly

considered and resolved by federal and state courts, I concur in the denial of the application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and a petition for writ of certiorari and would vacate the death sentence in this case.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

Because this Court has not yet had an opportunity to review the denial of applicant's first petition for a federal writ of habeas corpus, we would grant the application for a stay of execution to enable this Court to consider whether to grant certiorari in the normal course of business.